UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SADRAC ABEDNEGO MONGE GOMEZ
and ELIAS ENOC MONGE GOMEZ

    Plaintiff,

-against-

BOULDER BROOK STABLES LLC,
BOULDER BROOK EQUESTRIAN
CENTER LLC AND AUDREY FELDMAN

    Defendants.

Case No.: 16-CV-08734 (PED)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant Boulder Brook Equestrian Center LLC and Defendant Audrey Feldman, that the above-captioned action is hereby dismissed with prejudice pursuant to a settlement agreement.

**IT IS FURTHER STIPULATED AND AGREED**, that Plaintiffs are dismissing the Action with Prejudice as to Boulder Brook Stables LLC.

**IT IS FURTHER STIPULATED AND AGREED**, that the United States District Court, Southern District of New York, shall retain jurisdiction for purposes of enforcing the parties' settlement agreement regarding payment of the Settlement Amount.

Neil H. Greenberg & Associates, P.C.

By: _____
Justin Reilly, Esq. (JR 9944)
4242 Merrick Road
Massapequa, New York 11758
*Attorneys for Plaintiffs*

Tejash V. Sanchala, Esq. PLLC

By: _____
Tejash V. Sanchala, Esq. (TS 8840)
700 White Plains Road #237
Scarsdale, New York 10583
*Attorneys for Boulder Brook Equestrian Center LLC and Audrey Feldman*

Settlement approved.

SO ORDERED:

_____
Hon. Paul E. Davidson, U.S.M.J.

7-28-17

19